**Ben ADAMS and Desmon (alias Desmond) Haskins v. STATE.**
8 Div. 153.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Cy, alias Cyrus, ADAMS v. STATE.**
8 Div. 148.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Robert ARMSTEAD v. STATE.**
8 Div. 157.

Court of Appeals of Alabama.
May 21, 1935.

SAMFORD, Judge.
Appeal dismissed.

**Sam BALLEW v. STATE.**
8 Div. 997.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

**Marvin BENEFIELD v. STATE.**
8 Div. 162.

Court of Appeals of Alabama.
May 21, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

**BIRMINGHAM ELECTRIC CO. v. Rufus WHITE.**
6 Div. 707.

Court of Appeals of Alabama.
May 14, 1935.

Lange, Simpson & Brantley, of Birmingham, for appellant.

Harrison Kendrick, of Birmingham, for appellee.

SAMFORD, Judge.
Appeal dismissed on motion of appellant.